1  JASON G. REVZIN
   Nevada Bar No. 008629
2  jason.revzin@lewisbrisbois.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Blvd., Suite 600
4  Las Vegas, Nevada 89118
   (702) 893-3383
5  (702) 893-3789 Fax
   *Counsel for Trans Union LLC*
6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROSE P. HARMON,<br><br>　　　　　Plaintiff,<br>v.<br>DITECT FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION, LLC,<br><br>　　　　　Defendants. | Case No. 2:18-cv-01205-RFB-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Rose P. Harmon ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 2, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 27, 2018. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 27, 2018. This

is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: July 23, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_/s/ Jason G. Revzin_
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC


**KNEPPER & CLARK LLC**

_/s/ Miles N. Clark_
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar No. 13848
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Counsel for Plaintiff

## ORDER

IT IS HEREBY ORDERED AND ADJUDGED Defendant Trans Union LLC time to file an answer or otherwise respond to Plaintiff's Complaint is extended up to and including August 27, 2018.

Dated this 24th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE