Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSE P. HARMON, | Case No.: 2:18-cv-01205-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC, ONLY** |
| DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC, A DELAWARE LIMITED LIABILITY CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION, LLC, | |
| Defendants. | |

Plaintiff Rose Harmon and Defendant Ditech Financial, LLC fka Green Tree Servicing, LLC, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC, ONLY - 1

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, DITECH FINANCIAL, LLC fka GREEN TREE SERVICING, LLC.** Each party shall bear its own its own attorney's fees and costs of suit.

Dated November 2, 2018.

| **KNEPPER & CLARK LLC** | **WOLFE & WYMAN LLP** |
|---|---|
| /s/ *Matthew I. Knepper* <br> Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> Email: matthew.knepper@knepperclark.com <br> Email: miles.clark@knepperclark.com <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> Email: dkrieger@hainesandkrieger.com <br><br> *Counsel for Plaintiff* | /s/ *Andrew A. Bao* <br> Andrew A. Bao, Esq. <br> Nevada Bar No. 10508 <br> 6757 Spencer Street <br> Las Vegas, NV 89119 <br> Email: aabao@wolfewyman.com <br><br> *Counsel for Defendant* <br> *Ditech Financial, LLC fka Green Tree Servicing, LLC* |
| **NAYLOR & BRASTER** <br> /s/ *Jennifer L. Braster* <br> Jennifer L. Braster, Esq. <br> Nevada Bar No. 9982 <br> Andrew J. Sharples, Esq. <br> Nevada Bar No. 12866 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> Email: jbraster@nblawnv.com <br> Email: asharples@nblawnv.com <br><br> **JONES DAY** <br> Katherine A. Neben, Esq. <br> Nevada Bar No. 14590 <br> 3161 Michelson Drive, Suite 800 <br> Irvine, CA 92612 <br> *Counsel for Defendant* <br> *Experian Information Solutions, Inc.* | **LEWIS BRISBOIS BISGAARD & SMITH** <br><br> /s/ *Jason G. Revzin* <br> Jason G. Revzin, Esq. <br> Nevada Bar No. 8629 <br> 6385 S. Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br> Email: jason.revzin@lewisbrisbois.com <br> *Counsel for Defendant Trans Union LLC* <br><br> **SNELL & WILMER** <br> /s/ *Bradley T. Austin* <br> Bradley T. Austin, Esq. <br> Nevada Bar No. 13064 <br> 3883 Howard Hughes Pkwy., Suite 1100 <br> Las Vegas, NV 89169 <br> Email: baustin@swlaw.com <br> *Counsel for Defendant Equifax Information Services, LLC* |

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC, ONLY - 2

*Harmon v. Ditech Financial, LLC et al*
Case No. 2:18-cv-00870-APG-VCF

# ORDER GRANTING
# STIPULATION OF DISMISSAL OF DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC, WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this __7th__ day of __November__ 2018.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC, ONLY - 3