Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSE P. HARMON,<br><br>     Plaintiff,<br><br>vs.<br><br>DITECH FINANCIAL, LLC FKA GREEN TREE SERVICING, LLC, A DELAWARE LIMITED LIABILITY CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION, LLC,<br><br>     Defendants. | Case No.: 2:18-cv-01205-RFB-VCF<br><br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO ALL REMAINING PARTIES** |

Plaintiff Rose Harmon and Defendants Experian Information Solutions, Inc, Equifax Information Services, LLC, and TransUnion, LLC, hereby stipulate and agree that the above-

entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2) as to,

**all remaining parties, with prejudice.**  Each party shall bear its own its own attorney's fees and

costs of suit.

     Dated December 27, 2018.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **SNELL & WILMER** |
| */s/ Matthew I. Knepper* | /s/ *Bradley T. Austin* |
| Matthew I. Knepper, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 13064 |
| Miles N. Clark, Esq. | 3883 Howard Hughes Pkwy., Suite 1100 |
| Nevada Bar No. 13848 | Las Vegas, NV 89169 |
| Email: matthew.knepper@knepperclark.com | Email: baustin@swlaw.com |
| Email: miles.clark@knepperclark.com | *Counsel for Defendant Equifax Information Services, LLC* |
| | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |
| **NAYLOR & BRASTER** | **LEWIS BRISBOIS BISGAARD & SMITH** |
| /s/ *Jennifer L. Braster* | |
| Jennifer L. Braster, Esq. | /s/ *Jason G. Revzin* |
| Nevada Bar No. 9982 | Jason G. Revzin, Esq. |
| Andrew J. Sharples, Esq. | Nevada Bar No. 8629 |
| Nevada Bar No. 12866 | 6385 S. Rainbow Blvd., Suite 600 |
| 1050 Indigo Drive, Suite 200 | Las Vegas, NV 89118 |
| Las Vegas, NV 89145 | Email: jason.revzin@lewisbrisbois.com |
| Email: jbraster@nblawnv.com | *Counsel for Defendant Trans Union LLC* |
| Email: asharples@nblawnv.com | |
| | |
| **JONES DAY** | |
| Katherine A. Neben, Esq. | |
| Nevada Bar No. 14590 | |
| 3161 Michelson Drive, Suite 800 | |
| Irvine, CA 92612 | |
| *Counsel for Defendant* | |
| *Experian Information Solutions, Inc.* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF ALL REMAINING DEFENDANTS, WITH

## PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED this  28th  day of   December  2018.